IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-00081-RM-MEH

JEAN T. O'TOOLE,

    Plaintiff,

v.

ATHENE ANNUITY AND LIFE COMPANY, an Iowa corporation

    Defendant.

---

**ORDER REMANDING CASE**

---

    This matter is before the Court on the Parties' Stipulated Motion to Remand (the "Motion") (ECF No. 39) seeking to remand this action to Larimer County District Court from which it was removed. The Parties represent that diversity no longer exists between them. This Court, therefore, lacks subject matter jurisdiction over this case. Therefore, the action shall be remanded to the Larimer County District Court from where it was removed. 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a). If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

    Based on the foregoing, the Court **ORDERS**

    (1)    That Parties' Stipulated Motion for Remand (ECF No. 39) is GRANTED;

(2)  That, pursuant to 28 U.S.C. § 1447(c), due to this Court's lack of subject matter jurisdiction, this case is REMANDED to the Larimer County District Court, State of Colorado, where it was original filed as Case No. 2021CV30831; and

(3)  That the Clerk shall close this case.

DATED this 23rd day of June, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
